UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SEAN FARRELL, et al.,

    Plaintiffs,

v.                        CASE NO: 8:05-cv-1883-T-23TBM

LEXINGTON INSURANCE COMPANY,

    Defendant.
_____/

**ORDER**

    The defendant notifies the court of settlement (Doc. 15). Accordingly, pursuant to Local Rule 3.08(b), this action is **DISMISSED WITHOUT PREJUDICE** to the right of any party within sixty days from the date of this order to (1) submit a stipulated form of final order or judgment or (2) re-open the action upon a showing of good cause. The Clerk is directed to (1) terminate any pending motion and (2) close the case.

    ORDERED in Tampa, Florida, on June 26, 2006.

*[signature]*

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
        Courtroom Deputy